## Beck et al., Appellants, *v.* Brennan.

Argued December 6, 1973. *Michael J. Byrne, Jr.,* with him *Spencer M. Wertheimer,* and *Bashman, Wertheimer, Kane, Manfredi & Byrne,* for appellants; *William H. Pugh, IV,* with him *Bean, DeAngelis, Kaufman and Kane,* for appellees.

Order affirmed.

SPAULDING, J., absent.

## Berry *v.* Wilson et al., Appellant.

Argued December 5, 1973. *Henry J. Lotto,* for appellant; *Donald F. Manchel,* with him *Manchel, Lundy and Lessin,* for appellee.

Order affirmed.

SPAULDING, J., absent.